# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN CHRISTOPHER LEE**, <br><br> Petitioner, <br><br> v. <br><br> **MICHAEL BURGESS**, <br><br> Respondent. | Case No. 2: 19-cv-10313 <br><br> HON. TERRENCE G. BERG <br><br><br> **JUDGMENT** |

In accordance with the Order entered on this date, it is **ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and the matter is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: August 29, 2022

KINIKIA ESSIX
CLERK OF THE COURT

/s/A. Chubb_____
Case Manager and Deputy Clerk

APPROVED:

/s/Terrence G. Berg_____
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE